1

2

3

4

5

6

7

8
**UNITED STATES DISTRICT COURT**

9
**EASTERN DISTRICT OF CALIFORNIA**

10

11
PATRICIA ANN JENKINS,                    )    Case No.: 1:19-cv-01492  JLT
                                         )
12
            Plaintiff,                   )    ORDER REMANDING THE MATTER
                                         )    PURSUANT TO SENTENCE FOUR OF 42 U.S.C.
13
      v.                                 )    § 405(g)
                                         )
14
ANDREW SAUL,                             )    ORDER DIRECTING ENTRY OF JUDGMENT IN
Commissioner of Social Security,         )    FAVOR OF PLAINTIFF PATRICIA ANN
15
                                         )    JENKINS AND AGAINST DEFENDANT,
            Defendant.                   )    ANDREW SAUL, COMMISSIONER OF SOCIAL
16
                                         )    SECURITY

17
        On February 11, 2020, Plaintiff and the Commissioner of Social Security stipulated to a remand

18
of Plaintiff's Social Security appeal pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 10 at 1)

19
The parties stipulate that an ALJ shall "take further action as necessary to reconstruct the administrative

20
record, to hold another hearing, and to issue a new decision." (*Id.*) Thus, the Court **ORDERS**:

21
        1.      The matter is **REMANDED** for further administrative proceedings under sentence four

22
                of 42 U.S.C. § 405(g);

23
        2.      The Clerk of Court is DIRECTED to enter judgment in favor of Patricia Ann Jenkins,

24
                and against, Andrew Saul, Commissioner of Social Security.

25

26
IT IS SO ORDERED.

27
      Dated:   __February 11, 2020__          _____/s/ Jennifer L. Thurston_____

28
                                              UNITED STATES MAGISTRATE JUDGE